(00-429)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED 5-15-00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                                   SECTION: L

You are hereby notified that the following cases in which issue is not joined, or in which no action has taken place within the past 60 days, will be called on **WEDNESDAY, JUNE 21, 2000, at 9:00 am by JUDGE ELDON E. FALLON**, and if no good cause be shown for such inaction, they will be dismissed:

96-554      JIMMIE DAUZAT V. DANEK MEDICAL, INC., ET AL
ORDERED:
_____
98-2446     DIANNE M. GUYTON V. REGIONS BANK, ET AL
ORDERED:
_____
99-1790     DAVIS OIL COMPANY V. GULF CANADA RESOURCES LIMITED
c/w 93-587
ORDERED:
_____
99-2296     CARGILL FERROUS INTERNATIONAL V. MV DORINE, ET AL
ORDERED:
_____
99-2937     DEXTER D. STRAW V. WARNER CHILCOTT LABORATORIES, INC., ET AL
ORDERED:
_____
99-3087     KEITH LAURENDINE V. TEAMSTERS LOCAL 270, ETC.
ORDERED:
_____
99-3375     MICHAEL B. BROUSSARD V. TRANSOCEAN OFFSHORE, INC., ET AL
ORDERED:
_____
99-3476     SCOTTY FLYNN, ET AL V. AMOCO CORPORATION, ET AL
ORDERED:
_____
99-3734     IRENE THOMASON, ET AL V. MEDICAL CENTER OF LOUISIANA, ETC.
ORDERED:
_____
99-3873     GERARD FAUCHEUX V. LA. WORKERS COMPENSATION CORP., ET AL
c/w 96-3602
ORDERED:
_____
99-3918     PHILIP NASCA V. COX COMMUNICATIONS OF NEW ORLEANS
ORDERED:
_____
99-3921     STEEL COILS, INC. V. MV CAPTAIN NICHOLAS I, ET AL
ORDERED:
_____
00-130      TRAVELERS PROPERTY CASUALTY, ET AL V. BARGE MG-322, ET AL
ORDERED
_____
00-238      IN RE: WILSON MARINE TRANSPORTERS
ORDERED:
_____
00-267      KEITH LANDRY, ET AL V. MARINE TRANSPORT LINES, INC., ET AL
ORDERED:

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
Doc.No._____

CALL DOCKET - WEDNESDAY, JUNE 21, 2000 - 9 AM - SECTION L

00-313     PERUSAHAAN PERTAMBANGAN MINYAK DAN V. MV CHAINAT NAVEE
ORDERED: _____

00-329     HARRY MENDOZA V. RONAL SERPAS, ET AL
ORDERED: _____

00429      NORTH AMERICAN CAPACITY INS. CO V. BRISTER'S THUNDER KARTS
ORDERED: _____

00-433     LABORERS NATIONAL PENSION FUND, ET AL V. ELAINE SMITH
ORDERED: _____

00-435     UNITED STATES OF AMERICA V. ADRIANE NORRIS HATCHER
ORDERED: _____

00-516     CARGILL FERROUS INT'L. V. MV REDUTA ORDONA, ET AL
ORDERED: _____

00-788     UNITED STATES OF AMERICA V. WESLEY P. LALONDE
ORDERED: _____

00-805     DEBRA SUSAN BRYANT, ET AL V. AETNA U. S. HEALTH CARE, ET AL
ORDERED: _____

Gaylyn M. Lambert
Courtroom Deputy - Section L
504-589-7686