

MINUTE ENTRY
FALLON, J.
August 7, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INS. CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-429 |
| BRISTER'S THUNDER KARTS, INC. | * | SECTION "L" (2) |

IT IS ORDERED that the status conference scheduled for Friday, August 11, 2000 at 8:30 a.m. in chambers is CONTINUED to Tuesday, August 15, 2000 at 8:30 a.m. because of a conflict in the Court's schedule.

DATE OF ENTRY
AUG 1 0 2000