

MINUTE ENTRY
FALLON, J.
August 15, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INS. CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-429 |
| BRISTER'S THUNDER KARTS, INC. | * | SECTION "L" (2) |

A status conference was held this date at 8:30 a.m. in the chambers of Judge Eldon E. Fallon. In attendance were Robert Stefani for the plaintiff and Richard Schwartz for the defendant. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel for the defendant move to amend the pleadings to add any defendants by August 30, 2000.

IT IS FURTHER ORDERED that a status conference is scheduled for Tuesday, September 26, 2000 at 3:30 p.m. in chambers.

