UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORTH AMERICAN CAPACITY** | * CIVIL ACTION NO. 00-0429 |
| **INSURANCE COMPANY** | * |
| | * |
| **VERSUS** | * JUDGE |
| | * |
| **BRISTER'S THUNDER KARTS, INC.** | * MAGISTRATE: SECT L MAG 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMBINED MOTION AND MEMORANDUM
## TO ALLOW THIRD PARTY DEMAND

May it please the Court;

Pretrial conference was held on this matter at 8:30 a.m., on the 15th day of August, 2000, in the chambers of Judge Eldon E. Fallon. After pretrial conference this Court ordered the defendant to amend the pleadings to add any defendants by August 30, 2000.

Petitioner contacted counsel for North American Capacity, Robert J. Stefani, Jr., according to the local rule. Robert J. Stefani, Jr. indicated that he had no objections to the filing of the Third Party Demand.

DATE OF ENTRY

SEP 0 5 2000

WHEREFORE PETITIONER PRAYS that the mover herein be allowed to file Third Party Demand.

Respectfully submitted,

_____
RICHARD A. SCHWARTZ (#11853)
P. O. Box 1035
Amite, Louisiana 70422
(504) 748-4693

Attorney for Brister's Thunder Karts, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30 day of AUGUST, 2000, served a copy of the forgoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
Richard A. Schwartz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORTH AMERICAN CAPACITY** | *  CIVIL ACTION NO. 00-0429 |
| **INSURANCE COMPANY** | * |
| | * |
| **VERSUS** | *  JUDGE |
| | * |
| **BRISTER'S THUNDER KARTS, INC.** | *  MAGISTRATE: SECT L MAG 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Combined Motion and Memorandum to Allow Third Party Demand, it is;

ORDERED, ADJUDGED AND DECREED that the Third Party Demand of Brister's Thunder Karts, Inc. be allowed to be filed.

New Orleans, Louisiana on this _1st_ day of _Sept_, 2000.

_____
JUDGE