


MINUTE ENTRY
FALLON, J.
September 26, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INS. CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-429 |
| BRISTER'S THUNDER KARTS, INC. | * | SECTION "L" (2) |

IT IS ORDERED that the status conference scheduled for Tuesday, September 26, 2000 at 3:30 p.m. in chambers is CONTINUED to Wednesday, October 25, 2000 at 3:30 p.m. at the request of counsel.

DATE OF ENTRY
SEP 2 8 2000