



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 26  PM 4:54

OCT 26 2000

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
FALLON, J.
October 25, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INS. CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-429 |
| BRISTER'S THUNDER KARTS, INC. | * | SECTION "L" (2) |

A status conference was held this date at 3:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Lindsay Larson for the plaintiff, Richard Schwartz for Brister's Thunder Karts, and Stephen Barry for Palomar Ins. Corp.

IT IS ORDERED that the non jury trial scheduled for Monday, December 18, 2000 at 9:00 a.m. and the pretrial conference scheduled for Tuesday, November 21, 2000 at 3:30 p.m. are CONTINUED at the request of counsel to dates to be scheduled by the Court.

IT IS FURTHER ORDERED that a status conference is scheduled for Monday, December 4, 2000 at 3:30 p.m. in chambers.

DATE OF ENTRY
OCT 27 2000

Doc No