UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY | * CIVIL ACTION NO. 00-0429 |
| | * |
| VERSUS | * JUDGE |
| | * |
| BRISTER'S THUNDER KARTS, INC. | * MAGISTRATE: SECT L MAG 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND MEMORANDUM
## REQUESTING CONTINUANCE OF STATUS CONFERENCE

NOW INTO COURT COMES, Brister's Thunder Karts, Inc., a Louisiana Corporation doing business in the State of Louisiana, third party plaintiff, herein, through undersigned counsel.

1.

A status conference is scheduled for Monday, December 4, 2000 at 3:30 p.m. in chambers.

2.

Third party defendant, Great American Insurance Company, was served through the Secretary of State on November 3, 2000. They have 60 days to answer the service.

3.

Petitioner request to continue status conference to allow sufficient time for

DATE OF ENTRY

DEC 1 2000

Third party defendant, Great American Insurance Company, to answer and to be included in the status conference.

4.

Richard A. Schwartz, Attorney on behalf of Brister's Thunder Karts, has contacted Lindsey Larson and Stephen R. Barry and they have advised him that they will agree to a continuance of this matter to allow time for Great American Insurance Company to answer.

WHEREFORE, Petitioner Prays that the status conference scheduled for December 4, 2000 at 3:30 p.m. in chambers, be continued allowing time for Great American Insurance Company to answer service that was served through the Secretary of State on November 3, 2000, with Great American Insurance Company having 60 days to answer.

Respectfully submitted,

_____
RICHARD A. SCHWARTZ (#11853)
P. O. Box 1035
Amite, Louisiana 70422
(504) 748-4693

Attorney for Brister's Thunder Karts, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28 day of DEC, 2000, served a copy of the forgoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
Richard A. Schwartz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NORTH AMERICAN CAPACITY INSURANCE COMPANY** | * | **CIVIL ACTION NO. 00-0429** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **BRISTER'S THUNDER KARTS, INC.** | * | **MAGISTRATE: SECT L MAG 2** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion and Memorandum requesting to continue the status conference scheduled for December 4, 2000, in chambers, it is;

ORDERED, ADJUDGED AND DECREED that the status conference be continued to the _23_ day of _January_, 2001 at _1:30_ p.m. in chambers.

_____
JUDGE