```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2001 JAN 26 PM 2:33

                                         LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
FALLON, J.
January 23, 2001

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INS. CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-429 |
| BRISTER'S THUNDER KARTS, INC. | * | SECTION "L" (2) |

A status conference was held this date at 1:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Lindsay Larson for the plaintiff, Richard Schwartz for Brister's Thunder Karts, Ralph Wall for American Dynasty Surplus Lines Ins. Co., and Stephen Barry for Palomar Ins. Corp. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that a one day non jury trial is scheduled for Monday, July 9, 2001 at 9:00 a.m., and a pretrial conference scheduled for Thursday, June 28, 2000 at 3:30 p.m.

IT IS FURTHER ORDERED that counsel for the plaintiff contact the United States Magistrate Judge assigned to this matter to schedule mutually acceptable dates for a settlement conference to be held no later than 30 days prior to the pretrial conference.

cc: United States Magistrate Judge Joseph Wilkinson

Stephen Barry
829 Baronne Street
New Orleans, LA 70113

DATE OF ENTRY
JAN 2 6 2001