FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -8 PM 3: 25
FEB 0 8 2001
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY | * | CIVIL ACTION NO. 00-0429 |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| BRISTER'S THUNDER KARTS, INC. | * | MAGISTRATE: SECT L MAG 2 |

* * * * * * * * * * * * * * * * * *

## MOTION AND MEMORANDUM REQUESTING CONTINUANCE OF MOTION TO DISMISS UNDER RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

NOW INTO COURT COMES, Brister's Thunder Karts, Inc., a Louisiana Corporation doing business in the State of Louisiana, third party plaintiff, herein, through undersigned counsel.

1.

Palomar Insurance Corporation has a Motion to Dismiss Under Rule 12(B)(6) For Failure to State A Claim Upon Which Relief Can Be Granted, hearing set for February 14, 2001 at 9:00 a.m.

2.

A status conference was held on January 23, 2001, in chambers.

DATE OF ENTRY
FEB 1 5 2001



Fee_____
Process_____
X /Dktd_____
✓ CtRmDep_____
Doc. No._____

3.

At the status conference all parties agreed that all hearings would be set on the same date.

4.

Petitioner suggest that North American Capacity has a Motion for Summary Judgment set for March 28, 2001.

5.

Richard A. Schwartz, Attorney on behalf of Brister's Thunder Karts, has contacted Lindsey Larson and Stephen R. Barry and requested that they agree to continuing the February 14, 2001, Motion to Dismiss and that it be re-set and heard on March 28, 2001 at 9:00 a.m. All counsel agree to the continuance.

WHEREFORE, Petitioner Prays that the hearing set for February 14, 2001 be continued to the date of March 28, 2001.

Respectfully submitted,

_____
RICHARD A. SCHWARTZ (#11853)
P. O. Box 1035
Amite, Louisiana 70422
(504) 748-4693

Attorney for Brister's Thunder Karts, Inc.

Page 2

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this __8__ day of _FEB_____, 2001, served a copy of the forgoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
Richard A. Schwartz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY | * * * | CIVIL ACTION NO. 00-0429 |
| VERSUS | * * | JUDGE |
| BRISTER'S THUNDER KARTS, INC. | * | MAGISTRATE: SECT L MAG 2 |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion and Memorandum requesting to continue the Motion to Dismiss, scheduled for February 14, 2001;

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss by Palomar, scheduled for February 14, 2001, be continued and re-set for hearing on the 28th day of March, 2001 at 9:00 a.m. in chambers.

Signed on the _14_ day of _Feb_____, 2001

_____
JUDGE