UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY | * | CIVIL ACTION |
| | * | NO. 00-0429 |
| VERSUS | * | |
| | * | SECTION "L", MAG. 2 |
| BRISTER'S THUNDER KARTS, INC. | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM AND OPPOSITION OF MOTION TO DISMISS UNDER RULE 12(B)(6)

MAY IT PLEASE THE COURT,

Mover herein suggest to the court that Brister's Thunder Karts, Inc. ("Brister's) demand for declaratory judgment is inappropriate. It suggests that Brister's claim is one of negligence but not of a declaratory judgment. We submit to the court that because of the action of Palomar contacting the wrong insurance carrier, would make them responsible for providing insurance on behalf of Brister's if North American Capacity and/or Great American Insurance Company were declared by this court not to be the appropriate insurers. The uncontested facts indicate that the incident was reported to Palomar by Brister's corporate executive officer Mr. Lynn Graybill. Mr. Graybill then provided the claim to Palomar Insurance Company by facsimile transmission as per receipt of service of the petition. Palomar acknowledged receipt of the notification of service of petition by Brister's by facsimile transmission. The facsimile transmission also included notification to North American Capacity for the purposes of defending the claim. North

American Capacity contacted Mrs. Mary Hamilton who has vigorously defended the claim since that date. The declaratory judgment sought by Brister's against Palomar Insurance Company is appropriately before this court considering the facts are uncontested. If the court should conclude that North American Capacity is not to provide coverage as a result of the policy cancellation of July 29, 1996, coupled with the potential that the court could declare that Great American Insurance Company is not to provide coverage due to the untimely notification of the claim, then the court could correctly declare that Palomar Insurance Company, based on its actions of contacting the incorrect insurance carrier, must provide coverage.

Defense also suggest that the court should decline jurisdiction over these proceedings considering the litigation which is pending in State Court at this time. We submit that the court should not consider that argument in that the pending state action in lower court has no issues involving insurance coverage. The action in State Court is nothing more than an action based on the alleged negligence of Brister's and others to respond to the injuries suffered by Heather LeBlanc. The issue as to coverage has never been raised in the state action by any of the parties. It is further submitted to the court that should this court declare which party is to provide coverage under the underlying suit, would have no effect whatsoever on the claims of the parties involved in the state action.

In support of these contentions, petitioner is attaching hereto the following exhibit which has presented to this court on Brister's motion for judgment on pleading. Those exhibits being specifically;

    notification of service upon Lynn Graybill on August 19, 1997, Exhibit 1;

    facsimile transmission of sent by Lynn Graybill to Palomar Insurance Company notifying them of the existence of the claim, Exhibit 2;

acknowledgment of receipt of claim by Palomar, Exhibit 3;

notification of claim from Palomar to North American Capacity, Exhibit 4;

## CONCLUSION

The third party request for dismissal based on failure to state a claim upon which relief should be granted should be dismissed.

Respectfully submitted,

_____
RICHARD A. SCHWARTZ (Bar # 11853)
P. O. Box 1035
Amite, Louisiana 70422
(985) 748-4693

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been mailed, postage prepaid, to all counsel of record.

Amite, Louisiana this _21_ day of _March_, 2001.

_____
Richard A. Schwartz

P-1

| | |
|---|---|
| ROLAND J. LEBLANC, ET AL | 16TH JUDICIAL DISTRICT COURT |
| Vs.   No. 58047-F<br>BRISTER'S THUNDER KARTS, INC | PARISH OF ST. MARTIN |
| AND CATHY BOUTTE | STATE OF LOUISIANA |

To __BRISTER'S THUNDER KARTS, INC., through its agent for service of process, V. LYNN GRAYBILL, 62194 Commercial St., Roseland, La. 70456__

of __Tangipahoa__ Parish

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, ON THIS __14th__ DAY OF __Augsut__ A.D., 19 __97__.

REQUESTED BY:   J. EDWARD LAYRISSON / ALLEN BLANCHARD, SR.
                 SHERIFF          CLERK OF COURT
Randy P. Angelle          AUG 1 8 1997   16th JUDICIAL DISTRICT
ATTORNEY         RECEIVED __156-40__ BY: _____
                                          Deputy Clerk of Court

SHERIFF'S RETURN — DOMICILIARY

RECEIVED __8-18__ 19__97__ and on the __19th__ of the same month and year served a copy of the within citation and a certified copy of the accompanying petition on the defendant herein, by leaving the same at his domicile in this Parish in the hands of __JEAN CALLEGARI__ a person apparently over the age of seventeen years, living and residing in said domicile and whose name, and other facts connected with this service, I learned by interrogating the said __V. Lynn Graybill, agent for service__ said defendant being absent from home at the time of said service.

RETURNED: Parish of St. Martin; State of Louisiana, this __19__ day of __august__, 19 __97__
TANGI

RECEIVED AND FILED

Deputy Sheriff

SHERIFF'S RETURN — PERSONAL

RECEIVED _____ 19 ____ and on the AUG 2 2 1997 _____ of the same month and year served a copy of the within citation and a certified copy of the accompanying petition on the defendant herein _____, in person.

CLERK OF COURT
ST. MARTIN PARISH, LA

RETURNED: Parish of St. Martin, this ____ day of ____, 19 ____

EXHIBIT 1

SERVICE: $ _____
MILEAGE: _____

A TRUE COPY
Deputy Sheriff
ATTEST: _____

Karts International Incorporated
109 Northpark Blvd., Suite 210
Covington, LA   70433

Phone: 504-875-7350     FAX: 504-875-7353



# Fax

| | |
|---|---|
| **To:** HANK STROTHER | **From:** V. Lynn Graybill |
| **Fax:** | **Pages:** 5 |
| **Phone:** | **Date:** 8/20/97 |
| **Re:** | **CC:** |

☐ Urgent    ☒ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

● **Comments:**



EXHIBIT
2



PALOMAR INSURANCE CORPORATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*               FAX TRANSMITTAL                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATE : 8-21-97

FAX # : 504-875-7353

TO    : LYNN GRAYBILL


FROM: JENNIFER MILEY - CLAIMS
      P. O. Drawer 11128
      Montgomery, AL 36111-0128
      (PH #334-409-3153 / FX #334-279-8067)


RE   : SUIT REGARDING 5-17-96 INCIDENT
       CLAIMANT: HEATHER MARIE LEBLANC
===========================================================================

 THIS IS TO CONFIRM RECEIPT OF YOUR FAX TO OUR OFFICE REGARDING SUIT
DATING BACK TO A 5-17-96 DATE OF INCIDENT. I AM ENCLOSING A COPY
OF THE LOSS NOTICE THAT WAS FAXED TO AMERICAN MARKETING CENTER, ALONG
WITH THE SUIT, FOR IMMEDIATE ATTENTION. IF YOU HAVE ANY QUESTIONS OR
CONCERNS, PLEASE FEEL FREE TO GIVE ME A CALL AT THE ABOVE NUMBER.

JENNIFER MILEY
CLAIMS REPRESENTATIVE

3- 27

EXHIBIT 3

08/21/97   10:09   ☎334 270 8159   ☐002/002

# GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

DATE(MM/DD/YY): 5/20/97

| PRODUCER | NOTICE OF OCCURRENCE / NOTICE OF CLAIM | DATE/TIME OF OCCUR. | AM/PM | DATE OF CLAIM | PREVIOUSLY REPORTED |
|---|---|---|---|---|---|
| PALOMAR INSURANCE CORPORATION | NOTICE OF CLAIM | 5/17/96 | PM | 5/17/96 | YES X |
| P.O. DRAWER 11128 | POLICY EFF. DATE | POLICY EXP. DATE | POLICY TYPE | | RETROACTIVE DATE |
| MONTGOMERY, AL 36111 | 10/12/95 | 10/12/96 | OCCURRENCE / CLAIMS MADE | | 10/12/93 |
| | COMPANY: North American Capacit | | POLICY NUMBER: sNAG002000 | | |
| CODE: 0   SUB CODE: | PRODUCER PHONE: 334 270-0105 | | REFERENCE NUMBER: 22322000 | | MISCELLANEOUS INFO (Site & Location Code) |

## INSURED

NAME & ADDRESS (As it appears on the policy):
Brister Thunder Karts, Inc.
P.O. Box 324
Roseland   LA 70456

INSURED'S RESIDENCE PHONE:
INSURED'S BUSINESS PHONE: 504-748-7488

PERSON TO CONTACT: V. LYNN GRAYBILL
WHERE TO CONTACT: WORK
WHEN: DAY

CONTACT'S RESIDENCE PHONE:
CONTACT'S BUSINESS PHONE: 504-875-7350

## OCCURRENCE

LOCATION OF OCCURRENCE (include city & state): ST MARTIN, LOUISIANA
AUTHORITY CONTACTED: NONE

DESCRIPTION OF OCCURRENCE:
MINOR CHILD, HEATHER MARIE LEBLANC, INJURED WHILE RIDING IN GO KART MANUFACTURED BY INSURED. DRIVER MADE SUDDEN STOP

## POLICY INFORMATION

COVERAGE PART OR FORMS:

| LIMITS | GENERAL AGGREGATE | PROD./COMPLETED OPERATIONS | PERS. & ADV. INJURY | OCCURRENCE | FIRE DAMAGE | MED. EXP. | DEDUCTIBLE AMOUNT | TYPE |
|---|---|---|---|---|---|---|---|---|
| | 2000000 | 2000000 | | 1000000 | | | BI | PD |

UMBRELLA/EXCESS POLICY IN FORCE?   UMBRELLA    EXCESS
UMBRELLA/EXCESS CARRIER:
UMB./XS LIMITS:
PER CLAIM / PER OCCUR

## TYPE OF LIABILITY

PREMISES: INSURED IS:  OWNER   TENANT   OTHER
TYPE OF PREMISES:
OWNER'S NAME & ADDRESS (if not insured):
OWNER'S PHONE:

PRODUCTS: INSURED IS:  X MANUFACTURER   VENDOR   OTHER
TYPE OF PRODUCT: GO KART
MANUFACTURER'S NAME & ADDRESS (if not insured): BRISTER THUNDER KARTS
MANUFACT. PHONE: 504-875-7350

WHERE CAN PRODUCT BE SEEN?  UNKNOWN
OTHER LIABILITY INCLUDING COMPLETED OPERATIONS (Explain):

## INJURED/PROPERTY DAMAGED

NAME & ADDRESS (Injured/Owner): HEATHER MARIE LEBLANC
PHONE:

| AGE | SEX | OCCUPATION | EMPLOYERS NAME & ADDRESS | PHONE |
|---|---|---|---|---|
| 4 | F | | | |

DESCRIBE INJURY: FACE & JAW
FATALITY:
WHERE TAKEN:
WHAT WAS INJURED DOING?: PASSENGER IN KART

DESCRIBE PROPERTY (Type, model, etc.): N/A
ESTIMATE AMOUNT:
WHERE CAN PROPERTY BE SEEN?:
WHEN?:

## WITNESSES

NAME & ADDRESS:
BUSINESS PHONE:

REMARKS: DRIVER OF GO KART FAILED TO MAINTAIN CONTROL OF KART CAUSING IT TO COLLIDE WITH BOAT TRAIL

REPORTED BY: INSURED
REPORTED TO:
SIGNATURE OF PRODUCER OR INSURED:

**EXHIBIT 4**