*File Into Record* //

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 28 AM 9: 46
MAR 2 8 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY | * * * | CIVIL ACTION NO. 00-0429 |
| VERSUS | * * | JUDGE ELDON E. FALLON |
| BRISTER'S THUNDER KARTS, INC. | * | MAGISTRATE: SECT. L, MAG. 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO CONTINUE HEARINGS

NOW INTO COURT, through undersigned counsel, comes Palomar Insurance Company, who upon representing to this Court that there is no opposition, does respectfully request this Court to continue all motions set for hearing on March 28, 2001, and continue those hearing until April 25, 2001. The additional time is necessary, so that all motions in this matter can be heard at one time.

## ORDER

Considering the foregoing Motion;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all motions set for hearing on March 28, 2001, are hereby continued to April 25, 2001 at 9:00 a.m.

Signed this _28_ day of _March_, 2001.

DATE OF ENTRY
MAR 2 8 2001

_____
UNITED STATES DISTRICT COURT JUDGE

Fee_____
Process___
X  Dktd___
✓ CtRmDep__
Doc.No.____

Respectfully submitted,

BARRY, PICCIONE & DYESS

_____
STEPHEN R. BARRY (#21465)
*A Professional Law Corporation*
829 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-9322

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each via U.S. Mail, properly addressed and postage prepaid, on this 23 day of March, 2001.

_____
STEPHEN R. BARRY

2