FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 17 PM 4: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 00-0429 |
| BRISTER'S THUNDER KARTS. INC. | * * * * * | SECTION "L", MAG.2<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JOSEPH C. WILKINSON, JR. |

**********************************************************************

### MOTION FOR LEAVE TO FILE AMERICAN DYNASTY'S FIRST SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO NORTH AMERICAN'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes American Dynasty, who respectfully requests leave to file its First Supplemental Memorandum in Opposition To North American's Motion For Summary Judgment on the basis that new information has been obtained since the filing of its original Memorandum In Opposition.

DATE OF ENTRY
APR 2 0 2001

Wherefore, American Dynasty requests that this Court grant it leave to file its First Supplemental Memorandum in Opposition To North American's Motion For Summary Judgment.

Respectfully submitted,

ADAMS AND REESE LLP

_____
Ralph H. Wall (#22667)
Christopher A. D'Amour (#26252)
4500 One Shell Square
New Orleans, LA  70139
(504) 581-3234

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served upon all counsel of record by placing a copy of same in the U. S. mail, postage prepaid, this ___17___ day of April, 2001.

_____
CHRISTOPHER A. D'AMOUR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NORTH AMERICAN CAPACITY INSURANCE COMPANY** | * * * | CIVIL ACTION |
| | * | NO. 00-0429 |
| **VERSUS** | * * | SECTION "L", MAG.2 |
| **BRISTER'S THUNDER KARTS.** | * * | JUDGE ELDON E. FALLON |
| **INC.** | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

*************************************************************************

## O R D E R

Considering the foregoing motion,

**IT IS ORDERED** that leave of court be and hereby is granted to file American Dynasty's First Supplemental Memorandum In Opposition To North American's Motion For Summary Judgment.

New Orleans, Louisiana this _17_ day of April, 2001.

_____
DISTRICT JUDGE