**COPY IN CHAMBERS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 19 PM 4:23

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **NORTH AMERICAN CAPACITY INSURANCE COMPANY** | * * * | **CIVIL ACTION** |
| | * | **NO. 00-0429** |
| **VERSUS** | * * | **SECTION "L", MAG. 2** |
| **BRISTER'S THUNDER KARTS, INC.** | * * | **JUDGE ELDON E. FALLON** |
| | * * | **MAGISTRATE JOSEPH C. WILKINSON, JR.** |
| * * * * * * * * * * * * * * * * * * * * | * | |

FILED: _____

_____
**DEPUTY CLERK**

### NORTH AMERICAN CAPACITY INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**NOW COMES**, Plaintiff, North American Capacity Insurance Company ("North American"), through undersigned counsel and respectfully requests leave to file its First Supplemental Memorandum in Support of its Motion for Summary Judgment on the basis that new issues have been raised by Co-Defendant American Dynasty Insurance Company in their Opposition to North American's Motion for Summary Judgment and in their First Supplemental Memorandum in Opposition to North American's Motion for Summary Judgment which are directly addressed in North American's First Supplemental memorandum.

DATE OF ENTRY
APR 25 2001



WHEREFORE, North American respectfully requests that this Court grant it leave to file its First Supplemental Memorandum in Support of North American's Motion for Summary Judgment.

**OF COUNSEL:**

**KING, LEBLANC & BLAND, L.L.P.**

_____
**LINDSAY A. LARSON, T.A. (#08053)**
**ROBERT J. STEFANI, JR (#19248)**
201 St. Charles Avenue, Suite 3800
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
**Attorneys for Plaintiff,**
North American Capacity Insurance Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record either by hand delivery, by fax or by depositing same in the U.S. Mail, properly addressed and postage prepaid, this 20th day of April, 2001.

_____
LINDSAY A. LARSON, III

S:\1606\009\ CASES\US DISTRICT COURT - #00-429\PLEADINGS\MTN TO FILE 1ST SUPP MEMO IN SUPP OF MSJ.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NORTH AMERICAN CAPACITY** | * | **CIVIL ACTION** |
| **INSURANCE COMPANY** | * | |
| | * | **NO. 00-0429** |
| | * | |
| **VERSUS** | * | **SECTION "L", MAG. 2** |
| | * | |
| **BRISTER'S THUNDER KARTS, INC.** | * | **JUDGE ELDON E. FALLON** |
| | * | |
| | * | **MAGISTRATE JOSEPH C.** |
| * * * * * * * * * * * * * * * * * * * | * | **WILKINSON, JR.** |

**FILED:** _____        _____
                                                                                **DEPUTY CLERK**

## ORDER

Considering the foregoing motion;

**IT IS ORDERED** that leave of Court be and hereby is granted to file North American Capacity Insurance Company's First Supplemental Memorandum in Support of its Motion for Summary Judgment.

New Orleans, Louisiana this ___23___ day of April, 2001.

_____
JUDGE

S:\1606\009\ CASES\US DISTRICT COURT - #00-429\PLEADINGS\MTN TO FILE 1ST SUPP MEMO IN SUPP OF MSJ.DOC