```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2001 JUN 20 PM 4: 46
MINUTE ENTRY
FALLON, J.                                 LORETTA G. WHYTE
June 20, 2001                                     CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INS. CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-429 |
| BRISTER'S THUNDER KARTS, INC. | * | SECTION "L" (2) |

     IT IS ORDERED that the pretrial conference scheduled for Thursday, June 28, 2001 at 3:30 p.m. is CONVERTED to a status conference at the request of all counsel.

DATE OF ENTRY
JUN 2 1 2001