MINUTE ENTRY
FALLON, J.
June 28, 2001



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INS. CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-429 |
| BRISTER'S THUNDER KARTS, INC. | * | SECTION "L" (2) |

A status conference was held this date at 3:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Lindsay Larson for the plaintiff, Richard Schwartz for Brister's Thunder Karts, Ralph Wall for American Dynasty Surplus Lines Ins. Co., and Stephen Barry for Palomar Ins. Corp.

IT IS ORDERED that the Court will take the case under submission on Monday, July 9, 2001.

DATE OF ENTRY
JUN 2 9 2001

