UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 16 PM 2: 17

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO. 00-429 |
| BRISTER'S THUNDER KARTS, INC. | SECTION: L |

## JUDGMENT

Considering the Court's Findings of Fact and Conclusions of Law entered herein on July 9, 2001, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Brister's Thunder Karts, Inc., and against plaintiff, North American Capacity Insurance Company, declaring that said plaintiff is liable to provide insurance coverage to said defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment in favor of third party defendants, American Dynasty Surplus Lines Insurance Company (erroneously referred to as Great American Insurance Company dba American Dynasty Surplus Lines Insurance Company), and Palomar Insurance Corporation, and against third party plaintiff, Brister's Thunder Karts, Inc., dismissing said third party plaintiff's complaint with prejudice.

Each party is to bear its own costs.

New Orleans, Louisiana, this 16 day of July, 2001.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 1 7 2001