```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2001 JUL 24  AM 11:59
                 JUL 2 4 2001
              LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY | * * * | CIVIL ACTION |
| | * | NO. 00-0429 |
| VERSUS | * * | SECTION "L", MAG. 2 |
| BRISTER'S THUNDER KARTS, INC. | * * | JUDGE ELDON E. FALLON |
| * * * * * * * * * * * * * * * * * * * | * * * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## NOTICE OF APPEAL

Notice is hereby given that North American Capacity Insurance Company, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final Judgment entered in this action on the 17th day of July, 2001.

OF COUNSEL:

KING, LEBLANC & BLAND, L.L.P.

_____
LINDSAY A. LARSON, T.A. (#08053)
ROBERT J. STEFANI, JR (#19248)
201 St. Charles Avenue, Suite 3800
New Orleans, Louisiana 70170
Telephone: (504) 582-3800

Attorneys for North American Capacity
Insurance Company

```
    Fee___pd 105.00
    Process____
  X Dktd_____
    ctRmDep_____
    Doc.No.__39__
```

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record either by hand delivery or by depositing same in the U.S. Mail, properly addressed and postage prepaid, this ___24___ day of July, 2001.

_____