UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 AUG -2 PM 12: 10
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0429 |
| | * | |
| BRISTER'S THUNDER KARTS, INC. | * | SECTION "L", MAG. 2 |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

Notice is hereby given that Brister's Thunder Karts, Inc., defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final Judgment entered in this action on the 17th day of July, 2001.

_____
Richard A. Schwartz (Bar # 11853)
P. O. Box 1035
Amite, Louisiana 70422
(985) 748-4693

Attorney for Brister's Thunder Karts, Inc.

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been mailed, postage prepaid, to all counsel of record.

Amite, Louisiana this 31 day of JULY, 2001.

_____
Richard A. Schwartz

Fee $105.00
__ Process
X Dktd
__ CtRmDep
__ Doc.No